AUGUST 8, 1983

No. 83–10.   PRESSROOM UNIONS-PRINTERS LEAGUE IN-
COME SECURITY FUND *v.* CONTINENTAL ASSURANCE CO. ET
AL.   C. A. 2d Cir.   Certiorari dismissed as to respondents

Reserve Life Insurance Co. and American Progressive Life & Health Insurance Company of New York under this Court's Rule 53.